UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY SLADE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | No. 2:22-cv-0843 CKD P<br><br><br>ORDER |

On May 18, 2022, the court received a "petition for writ of habeas corpus" from Mr. Slade. It appears the petition was meant for the Superior Court of Sacramento County. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court return the May 18, 2022 "petition for a writ of habeas corpus" to Mr. Slade and close this case.

Dated: May 24, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/mp
slad0843.101a

1